1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KAEMPFER CROWELL
   8345 West Sunset Road, Suite 250
4  Las Vegas, Nevada  89113
   Telephone:  (702) 792-7000
5  Fax:            (702) 796-7181
   landerson@kcnvlaw.com
6  rdaniels@kcnvlaw.com

7  Attorneys for Defendant
   LAS VEGAS METROPOLITAN POLICE DEPARTMENT
8  d/b/a CLARK COUNTY DETENTION CENTER

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

| | |
|---|---|
| 11  BRYAN HISER,                                | Case No.: 2:15-cv-00814-RCJ-PAL |
| 12         Plaintiff,                           |                                 |
|     vs.                                         | **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| 13                                              |                                 |
| 14  NEVADA DEPARTMENT OF CORRECTIONS; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark d/b/a CLARK COUNTY DETENTION CENTER; DIRECTOR GREG COX, individually; WARDEN DWIGHT NEVEN, individually; ASSISTANT WARDEN TIMOTHY FILSON, individually; WARDEN RENEE BAKER, individually; CASEWORKER WILLIAM KULOLOIA, individually; CASEWORKER FALSZECK, individually; DOE CCDC TRANSPORT OFFICER I, individually; DOE CCDC PERSONNEL II-X, individually; DOE NDOC CLASSIFICATION TECHNICIANS AND CASEWORKERS I-X, individually; and DOES 1-10. | (First Request) |
|         Defendants.                             |                                 |

1636265_1.doc  6943.5487

1    Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT d/b/a CLARK
2    COUNTY DETENTION CENTER ("Defendants"), by and through their attorneys, Kaempfer
3    Crowell, and BRYAN HISER ("Plaintiff"), by and through his counsel, Cal J. Potter, III, hereby
4    respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise
5    Respond to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance
6    with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.  This is the first request for an
7    extension of time to file an answer or otherwise respond to Plaintiff's Complaint ("Complaint").

8    The instant extension is requested as Defendants' Counsel is currently in trial and
9    requires additional days to complete the response to Plaintiff's Complaint.

10   Upon agreement by and between all the parties hereto as set forth herein, the undersigned
11   respectfully requests this Court grant an extension of time, up to and including May 21, 2015, for
12   the Defendants to file an answer or otherwise respond to Plaintiff's Complaint.  By entering into
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///

this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Complaint.

DATED this 6th day of May, 2015.

| KAEMPFER CROWELL | POTTER LAW OFFICES |
|---|---|
| By: /s/ Ryan W. Daniels<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN DANIELS<br>Nevada Bar No. 13094<br>8345 West Sunset Road, Suite 250<br>Las Vegas, Nevada 89113<br>**Attorneys for Defendants**<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT d/b/a CLARK COUNTY DETENTION CENTER | By: /s/ Cal J. Potter, III<br>Cal J. Potter, III, Esq.<br>1125 Shadow Lane<br>Las Vegas, NV 89102<br>**Attorney for Plaintiff** |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 11, 2015