# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN HISER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.,*<br><br>    Defendants. | Case No.: 2:15-CV-00814-RCJ-PAL<br><br>**ORDER** |

    Presently before the Court is Potter Law Offices' Motion to Withdraw as Counsel and Stay Proceedings (ECF Nos. 53, 54). On September 19, 2017, Defendant LVMPD filed a Non-Opposition to Potter Law Offices' motions (ECF No. 55). Accordingly,

    IT IS HEREBY ORDERED that Potter Law Offices' Motion to Withdraw as Counsel (ECF No. 53) is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proceedings (ECF No. 54) is GRANTED.

    IT IS FURTHER ORDERED This matter will be stayed until FRIDAY, MARCH 30, 2018, to allow Plaintiff Bryan Hiser the opportunity to retain new counsel.

    IT IS SO ORDERED this 18th day of January, 2018.

                                                         _____
                                                         ROBERT C. JONES
                                                         Senior District Judge