# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HISER, | Case No.: 2:15-CV-00814-RCJ-PAL |
| Plaintiff, | |
| vs. | **ORDER SETTING TELEPHONIC STATUS CONFERENCE** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

On January 18, 2018, the Court entered its Order (ECF No. 59) granting Plaintiff's Motion to Stay Proceedings (ECF No. 54) until Friday, March 30, 2018, to allow Plaintiff Bryan Hiser the opportunity to retain new counsel. Plaintiff has not complied with the Order within the allotted time.

IT IS HEREBY ORDERED that a Status Conference is set for 09:00A.M., Monday, August 13, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the Office of the Attorney General shall arrange for the Plaintiff to be present by telephone and shall contact the Courtroom Administrator, Lesa Ettinger, (775) 686-5670 or Lesa_Ettinger@nvd.uscourts.gov, prior to the hearing to advise her of the number where Plaintiff may be reached.

IT IS SO ORDERED.

DATED this 26th day of July, 2018.

ROBERT C. JONES
United States District Judge